In the Matter of HATTIE B. KUHLIK, Appellant, against LAZARUS JOSEPH et al., Constituting the Teachers' Retirement Board of the City of New York, Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Callahan, J. P., Breitel, Bastow, Botein and Rabin, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DOMINICK BONOMO, JAMES KIERNAN, RONALD KEITH KRAMER, WARREN DAVIDSON and FRANK E. RAU, Appellants, against HERMAN RUTHAZER, as Warden of the City Prison, Borough of Manhattan, Respondent.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Breitel, Bastow, Botein and Rabin, JJ. [See post, p. 1049.]

■

HELEN B. PARKER, Appellant, v. THOMAS L. PARKER, Respondent.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Breitel, Bastow, Botein and Rabin, JJ.

■

NYMEX, S. A., Respondent, v. EASTERN STATES PETROLEUM CO., INC., Appellant.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Breitel, Bastow, Botein and Rabin, JJ.

■

MAX BINDER, Appellant, v. HOWARD C. KLEIN et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Breitel, Bastow, Botein and **Rabin, JJ.**

■

WILLY POGANY v. WHITTAKER CHAMBERS et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Cohn, Breitel and Bastow, JJ. [See ante, p. 866.]

■

In the Matter of MADISON, INCORPORATED, Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Cohn, P. J., Callahan, Breitel, Botein and Rabin, JJ. [See ante, p. 869.]

■

ELIZABETH ZEISER, Individually and as Administratrix of the Estate of FRANCIS H. ZEISER, Deceased, v. NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM et al.— Motion, so far as it seeks leave to appeal to the Court of Appeals, denied; motion, so far as it seeks resettlement, granted. Settle order on two days' notice. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ. [See ante, p. 868.]